JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**  **Category No.** II  **Investigating Agency** FBI/ATFE/Wilmington

**City** Wilmington and elsewhere   **Related Case Information:**

**County** Middlesex and elsewhere

Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number   16-MJ-7186-JCB
Search Warrant Case Number   See Additional Information
R 20/R 40 from District of _____

### Defendant Information:

Defendant Name: Patrick Keogan     Juvenile:  ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name: _____

Address: (City & State) Wilmington, Massachusetts

Birth date (Yr only): 1972   SSN (last4#): 2064   Sex M   Race: Caucasian   Nationality: USA

**Defense Counsel if known:** _____   Address _____

**Bar Number** _____

### U.S. Attorney Information:

AUSA: Scott L. Garland   Bar Number if applicable: 650358

**Interpreter:** ☐ Yes  ☑ No   List language and/or dialect: _____

**Victims:** ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☑ No

**Matter to be SEALED:** ☑ Yes  ☐ No

☑ Warrant Requested   ☐ Regular Process   ☐ In Custody

### Location Status:

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:** ☑ Complaint   ☐ Information   ☐ Indictment

**Total # of Counts:** ☐ Petty  ☐ Misdemeanor  ☑ Felony 3

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 7-22-16   Signature of AUSA: *[signed] Scott L. Garland*

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**   Patrick Keogan

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. 844(e) | Willful threat to injure or intimidate another and damage and destroy a building by means of fire | 1, 2 |
| Set 2 | 18 U.S.C. 922(g)(1), 924(a)(2) | Felon in possession of ammunition | 3 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   Search Warrant Case #s: 16-MJ-7056-JCB; 16-MJ-6129-MPK; 16-MJ-2035-MBB; 16-MJ-2081-MBB; 16-MJ-2086-MBB; 16-MJ-7187-JCB; 16-MJ-7188-JCB