# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**UNITED STATES,**

**v.**

**PATRICK KEOGAN,**
**Defendant**

M.J. No. 16-MJ-7186-JCB

## GOVERNMENT'S MOTION TO UNSEAL

The United States Attorney hereby moves the Court to unseal the complaint, the supporting affidavit, the JS45, this motion, the Court's order on this motion, and the arrest warrant. The grounds for sealing these documents no longer apply because the government has taken the defendant into custody.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: */s/ Scott L. Garland*
   Scott L. Garland
   Assistant U.S. Attorney

Date: July 26, 2016

SO ORDERED, on _____.

_____
Jennifer C. Boal
Chief U.S Magistrate Judge